**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of New york
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | CARIBBEAN REAL ESTATE  HOLDINGS  INC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 27-4446711 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 225  Hempstead Turnpike<br>Number    Street | Number    Street |
| | P.O. Box |
| West Hempstead  NY  11552<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| ~~USA~~ NASSAU<br>County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)** _____

Scanned with CamScanner

| Debtor | CARIBBEAN REAL ESTATE HOLDINGS INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

| 7. Describe debtor's business | **A. Check one:** |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | **B. Check all that apply:** |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | **C. NAICS** (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | 5 3 1 1 |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☐ No |
|---|---|
| | ☑ Yes.  District Eastern    When 10/23/2018    Case number 18-77164-ast |
| | MM / DD / YYYY |
| If more than 2 cases, attach a separate list. | District _____    When _____    Case number _____ |
| | MM / DD / YYYY |

Scanned with CamScanner

| Debtor | CARIBBEAN REAL ESTATE HOLDINGS INC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When ___ / ___ / _____
                                              MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number      Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Scanned with CamScanner

| Debtor | | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/21/2022
         MM / DD / YYYY

✗ _(signature)_          ANDREW P. MORRIS
Signature of authorized representative of debtor          Printed name

Title    PRESIDENT

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor          MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____    State ____    ZIP Code ____

Contact phone _____    Email address _____

Bar number _____    State ____

Scanned with CamScanner

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

━━━━━━━━━━━━━━━━━━━━━━━━━━━━x

**In Re:**                                                                    **Case No.**

Caribbean Real Estate Holdings, Inc                          **Chapter** 11


**Debtor(s)**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━x


## <u>VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS</u>


      The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated: Central Islip, New York
      June 21, 2022

_____
Debtor

_____
Joint Debtor

  s/
_____
Attorney for Debtor


USBC-44                                                                       Rev. 11/15

Scanned with CamScanner

Grow America Fund, Inc.
1 Battery Park Plaza
New York, NY 10004


Nassau Financial Federal Credit Union
2575 Hempstead Turnpike Suite 300
East Meadow, NY 11554


Scott  H. Siller,- referee

216 Hemlock Road
Manhasset, NY 11030

Scanned with CamScanner

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In Re:


Caribbean Real Estate Holdings, Inc


                    Debtor .
------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1)and 7007.1, and LBR 1007-4

I am the president of the corporation  Caribbean Real Estate Holdings, Inc.  and I have personal
knowledge of the matters set forth in this Statement. Pursuant to FRBP 1007(a)(1) and
7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor
in a voluntary case or a party to an adversary proceeding or a contested matter shall file
this Statement identifying all its parent corporations and listing any publicly held
company, other than a governmental unit, that directly or indirectly own 10% or more of
any class of the corporation's equity interest, or state that there are no entities to report.

_____✓_____    There are no corporations that directly owns 10% or more of any class of
debtor's equity interest:

_____    The following corporations directly or indirectly own 10% or more of a class
of the debtor's equity interest:


1. _____N/A_____
2. _____N/A_____
3. _____N/A_____


                    _____
                    Name:    Andrew P. morris,  President
                    Address: 225 Hempstead Turnpike
                             West Hempstead, NY 11552
                             Phone:   (516)455-7591
                             E-mail:   samscaribbean@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

**In Re:**


Caribbean Real Estate Holdings, Inc


                    Debtor .


------------------------------------------------------------X


## CORPORATE DISCLOSURE STATEMENT


   The undersigned hereby  certifies that debtor is a non-governmental corporate entity  and does
not have a parent corporation, nor is there any publicly held corporation that owns 10% or more
of this party's stock.


Dated: __06/21__ , 2022


                                        _____
                                        Andrew  P.  Morris  -  President

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

In Re:

Caribbean Real Estate Holdings, Inc

              Debtor .

-----------------------------------------------------------X

## CERTIFICATION OF CORPORATE RESOLUTION
## AUTHORIZING FILING OF CHAPTER 7 PETITION

       I, Andrew P. Morris, President of Caribbean Real Estate Holdings, Inc a corporation existing under the laws of New York and having its principal place of business at 225 Hempstead Turnpike, West Hempstead, NY 11552 hereby certify that the following is a true copy of a resolution adopted, in accordance and by Caribbean Real Estate Holdings, Inc. authority and Title to pursue relief including to file for bankruptcy and defend any and all actions affecting the Corporation's interest, business or property or take action in the interest of its's owner/officer(s) including executing and assuming all property interest, claims, defenses and liens either in the name of the Corporation or in it's Corporate officers.

    **RESOLVED**: That the Corporation approves the filing of the Chapter 11 petition as was or will be submitted to the United States Bankruptcy Court Eastern District of New York;

    **RESOLVED**: That Andrew P. Morris is hereby authorized to sign on behalf of the Corporation any schedules and forms;

    **RESOLVED FURTHER**: That the president, Andrew P Morris is hereby authorized and directed to certify to any interested party that this resolution has been duly adopted, is in full force and effect and is in accordance with the provisions under the Corporate, Charter, Articles, bylaws resolutions etc.
I further certify that this Corporation is existing, and has the powers to take the action called for by the following resolution.

_____
Andrew P. Morris -President

_____  6/21/2022
             /Date

Witness my hand Seal of this Corporation
On this 21st day of June 2022

# EMERGENCY FILING -- 2:30 PM SALE

**NAME:**

**ANDREW P. MORRIS**

**PHONE:**

**516-455-7591**

**EMAIL:**

**SAMSCARIBBEAN@GMAIL.COM**

**PAYMENT FOR FILING:**

**TO BE DELIVERED ON 6/22/2022**